**RECEIVED**

DEC **1 8** 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-CR-00080 |
| v. | **INDICTMENT** |
| KENNETH JAY STILL, | T. 18 U.S.C. §§ 922(g)(1), (g)(9) |
| | T. 18 U.S.C. §§ 924(a)(2), (d) |
| Defendant. | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

On or about October 6, 2018, in the Southern District of Iowa, the Defendant, KENNETH JAY STILL, having been convicted of a crime with a potential term of imprisonment exceeding one year, and having been convicted of a misdemeanor crime of domestic violence, did knowingly possess, in and affecting interstate commerce, to wit: a Mossberg Model 835, 12-gauge shotgun (serial number: UM158809), and ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9) and 924(a)(2).

**THE GRAND JURY FINDS:**

**Notice of Forfeiture**

Upon conviction for the offenses alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm, a Mossberg Model 835, 12-gauge shotgun (serial

number: UM158809), and ammunition, involved in the commission of the offenses charged in this Indictment.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney